People of the State of Illinois, Plaintiff-Appellee, v. Monroe Kane, Defendant-Appellant.

Gen. No. 50,252.

First District, Second Division.

February 15, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and George Samels, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**